Case: 24-1091 Document: 1-1 Page: 86 Date Filed: 01/17/2024
Case: 2:17-cv-02641 Document 86 Filed 01/12/2024 Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>Defendants. | Civil Action No 17-CV-2641 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's November 14, 2023 Memorandum (ECF No. 82) and Order (ECF No. 83).

Dated: January 12, 2024

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

/s/ Anthony D. Scicchitano
ANTHONY D. SCICCHITANO
Assistant United States Attorney
Pennsylvania Bar No. 208607
U.S. Attorney's Office, E.D. Pa.
615 Chestnut St., Suite 1250
Philadelphia, PA 19106
Telephone: (215) 861-8380
Email: Anthony.Scicchitano@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

TAISA M. GOODNATURE
New York Bar No. 5859137
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 514-3786
Fax: (202) 616-8470
Email: Taisa.M.Goodnature@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was filed through the CM/ECF system, which will provide electronic notice to the following counsel:

Adam J. Kraut (akraut@saf.org)
Joshua Prince (Joshua@PrinceLaw.com)

/s/ Anthony D. Scicchitano
ANTHONY D. SCICCHITANO
Assistant United States Attorney