# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Edward A. Williams (Plaintiff-Appellee) v. Attorney General United States of America et al. (Defendants-Appellants)

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 17-cv-2641
Date proceedings initiated in D.C.: 06/01/2017
Date Notice of Appeal filed: 01/12/2024
USCA No.: 24-1091

## COUNSEL ON APPEAL

**Appellant(s)**: Attorney General of U.S.; Dir. of Bur. of Alcohol, Tobacco, Firearms, and Explosives; Dir. of FBI; USA
Name of Counsel: Kevin B. Soter, U.S. Department of Justice, Civil Division, Appellate Staff
Name of Party(ies): Attorney General of U.S.; Dir. of Bur. of Alcohol, Tobacco, Firearms, and Explosives; Dir. of FBI; USA
Address: 950 Pennsylvania Ave., NW Room 7222, Washington, DC 20009
Telephone No.: 202-514-3602
Fax No.: 202-514-8151
E-mail: kevin.b.soter@usdoj.gov

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Joshua Prince; Adam J. Kraut
Name of Party(ies): Edward A. Williams
Address: 646 Lenape Road, Bechtelsville, PA 19505
Telephone No.: 888-313-0416
Fax No.: 610-845-3903
E-mail: joshua@princelaw.com

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?    Yes ☐    No ☑
Appeals Docket No.:

Was there a previous appeal in case?    Yes ☑    No ☐
If yes, Short Title: Williams v. Attorney General United States of America
Appeals Docket No.: 19-2694
Citation, if reported: Unpublished orders available at 2022 WL 3544391; 2022 WL 21736950; 2022 WL 1499279

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? Yes ☐ No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☑ No ☐

If you answered yes to either "a" or "b" please provide:

Case Name: Garland v. Range involves an as-applied challenge to Section 922(g)(1); other as-applied challenges are pending in this Court and others.
D.C. Docket No.: E.D. Pa. No. 5:20-cv-3488; 3d Cir. No. 21-2835
Court or Agency: Supreme Court of the U.S.
Docket Number: U.S. No. 23-374
Citation, if reported: Range v. Attorney General United States of America, 69 F.4th 96 (3d Cir. 2023) (en banc)

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☐ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☑ OTHER Specify: Prohibition on firearm possession

2. TORTS
- ☐ ADMIRALTY
- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☐ OTHER Specify:_____

3. CONTRACTS
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:_____

4. PRISONER PETITIONS
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:_____

5. OTHER
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:_____
- ☑ OTHER Specify: Second Amendment challenge

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 31st day of January, 2024.

Signature of Counsel: /s/ Kevin B. Soter