IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| EDWARD A. WILLIAMS | : | |
| | : | |
| Plaintiff-Appellee | : | |
| | : | |
| v. | : | No. 24-1091 |
| | : | |
| ATTORNEY GENERAL OF THE UNITED STATES, *et al.* | : | |
| | : | |
| Defendants/Appellants | : | |

APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE HIS BRIEF

Appellee Edward Williams respectfully requests a 30-day extension of time to file his brief and in support thereof, the undersigned avers as follows:

1. On March 26, 2024, the Appellants filed their brief in this matter.

2. Consistent with this Court's Briefing and Scheduling Order (Doc. 10-1), Appellee's brief is currently due on April 25, 2024.

3. On February 13, 2024, the undersigned suffered a fall, which resulted in a significant low-back injury and associated pain, which caused him to be out of the office for a couple weeks. Unfortunately, the undersigned is continuing to have to treat for this condition, which requires him several times a week to treat with different doctors and therapists.

4. Beyond the undersigned's work obligations being significantly impacted by his being out of the office due to his injury and time commitment for ongoing medical treatment, he has the following court obligations that require his attention:

   a. On April 10, 2024, *en banc* oral argument before the Commonwealth Court in *Schmidt, et al v. PSP Commissioner, et al.*, 281 M.D. 2023;

   b. On April 29, 2024, oral argument before the Dauphin County Court of Common Pleas in *Firearm Owners Against Crime, et al., v. City of Harrisburg, et al.*, No. 2015-CV-00354-EQ;

   c. On April 30, 2024, a reply brief is due to the Montgomery County Court of Common Pleas in *Firearm Owners Against Crime, et al., v. Lower Merion Township*, No. 2023-15859;

   d. On May 7, 2024, oral argument before the Montgomery County Court of Common Pleas in *Firearm Owners Against Crime, et al., v. Lower Merion Township*, No. 2023-15859; and,

   e. On May 14, 2024, oral argument before the Pennsylvania Supreme Court in *Firearm Owners Against Crime, et al., v. PSP Commissioner*, No. 32 MAP 2023.

5. As the undersigned also has numerous other client obligations than those specified *supra*, an extension of time of 30 days or otherwise until 5 P.M. on May 27, 2024 is being respectfully requested.

6. The undersigned inquired of counsel for the Government and Attorney Raab responded that the Government has no objection.

**WHEREFORE**, for all the reasons specified herein, Appellee Edward Williams respectfully requests that he be permitted until 5 PM on May 27, 2024 to file his brief.

Respectfully Submitted

/s/ Joshua Prince
Joshua Prince, Esq. (306521)
**Prince Law Offices, P.C.**
646 Lenape Road
Bechtelsville, PA 19505
888-313-0416 (t)
610-845-3903 (f)
Joshua@princelaw.com
*Counsel for Plaintiff-Appellee*

## CERTIFICATE OF SERVICE

I, Joshua Prince, Esq., of Prince Law Offices, P.C. hereby certified that I served a copy of the forgoing through the Court's ECF system on all counsel of record.

/s/ Joshua Prince
Joshua Prince, Esq. (306521)
**Prince Law Offices, P.C.**
646 Lenape Road
Bechtelsville, PA 19505
888-313-0416 (t)
610-845-3903 (f)
Joshua@princelaw.com
*Counsel for Plaintiff-Appellee*
