No. 24-1091
_____

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

EDWARD WILLIAMS

                                         Plaintiff-Appellee,

v.

ATTORNEY GENERAL OF THE UNITED STATES, *et al.*

                                         Defendants-Appellants.
_____

**MOTION FOR PERMISSION TO FILE SUPPLEMENTAL APPENDIX**

Appellee hereby moves for an order permitting him to file a limited supplemental appendix.

In support of this motion, the Appellee avers as follows:

1. Federal Rules of Appellate Procedure 30(a) and Local Rule of Appellate Procedure 30.3(a) designate those sections of the record that must be included in the appendix.

2. The undersigned contacted the Clerk's Office to determine whether a supplemental appendix was required in order to cite to portions of documents filed via the ECF system, which were part of the proceedings before the District Court, but not included in the original appendix filed by the Appellants.

1

3. The undersigned was told that those portions of previously filed documents to which the Appellee wished to direct the Court's attention to should be included in the appendix for ease of reference.

4. Appellee seeks to include the following in the proposed supplemental appendix, all of which are part of the District Court's record:

    a. An October 23, 2023 docket sheet related to Mr. Williams' 2004 charging and conviction;

    b. Several pages of testimony and one exhibit from the deposition of Mr. Williams; and,

    c. Several pages of testimony from the deposition of Mr. James Colosimo.

5. The proposed supplemental appendix is approximately 15 pages in length.

6. As Appellee's brief is currently due on Tuesday, May 28th, Appellee respectfully requests that he be afforded until May 28th to file the proposed supplemental appendix.

7. The undersigned contacted counsel for the Appellants who stated that Appellants take no position on this motion.

WHEREFORE, the Appellee respectfully requests permission to file a supplemental appendix and to be afforded until May 28th to file it.

Respectfully submitted,

/s/ Joshua Prince
Joshua Prince, Esq. (306521)
**Prince Law Offices, P.C.**
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803 (t)
610-845-3903 (f)
Joshua@princelaw.com
*Counsel for Plaintiff-Appellee*

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2024, I electronically filed the foregoing motion with the clerk of the court by using the EM/ECF system, which will send a notice of electronic filing to Appellants' counsel.

/s/ Joshua Prince
Joshua Prince, Esq.
Counsel for Plaintiff-Appellee