UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1091**

Williams v. Attorney Gen USA

To:   Clerk

1)   Motion by Appellee for Leave to File Supplemental Appendix

The foregoing motion is also construed as a motion to expand the record. So construed, the motion is referred to the merits panel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 5, 2024
Sb/cc:  All Counsel of Record