# PRINCE LAW OFFICES, P.C.



Warren H. Prince
Karl P. Voigt IV
Joshua G. Prince
Stanley J. Kuter
Jeffrey A. Franklin
Kevin Fenchak
Dillon L. Harris
Adam J. Kraut *(Of Counsel)*

| | |
|---|---|
| Bechtelsville | 1-610-845-3803 |
| Allentown | 1-610-770-1151 |
| Bethlehem | 1-610-814-0838 |
| Camp Hill | 1-717-731-0100 |
| Lancaster | 1-717-393-7002 |
| Lebanon | 1-717-274-9250 |
| North Wales | 1-215-412-0800 |
| Pottstown | 1-610-326-4200 |
| Pottsville | 1-570-621-8828 |
| Reading | 1-610-375-8425 |
| Toll Free | 1-888-313-0416 |
| Fax | 1-610-845-3903 |

June 21, 2024

Patricia S. Dodszuweit
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE:   *Edward A. Williams Jr. v. Attorney General, et al*, No. 24-1091
       Notice of Supplemental Authority pursuant to Fed.R.App.P. 28(j):
       *Rahimi v. U.S.*, No. 22-915, 143 S. Ct. 2688, 602 U.S. _____ (2024)

Dear Ms. Dodszuweit,

Plaintiff Edward Williams hereby gives notice to the Court, pursuant to Fed.R.App.R. 28(j), of the U.S. Supreme Court's decision today in *Rahimi v. U.S.*, No. 22-915, 143 S. Ct. 2688, 602 U.S. _____ (2024), where the Court held that "[a]n individual found by a court to pose a credible threat to the *physical safety of another* may be *temporarily disarmed* consistent with the Second Amendment" and that it "reject[ed] the Government's contention that Rahimi may be disarmed simply because he is not 'responsible'." Op. at 17 (emphasis added).

In this matter, there is absolutely no evidence of record that Mr. Williams poses a credible threat to the physical safety of another and the Government is precluded from attempting to argue that Mr. Williams, in some way, is not responsible.

Yours truly,
Prince Law Offices, P.C.

Joshua G. Prince
joshua@princelaw.com
Extension: 81114

jgp/web
Matter no. 36205