# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1091

Edward Williams vs. Attorney General of the U.S.

Calendar Date: 11/01/2024  Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Kevin B. Soter

Designation of Arguing Counsel: Kevin B. Soter

Member of the Bar: ☐ Yes  ☑ No

Representing (check only one):

☐ Petitioner(s)  ☑ Appellant(s)  ☐ Intervenor(s)

☐ Respondent(s)  ☐ Appellee(s)  ☐ Amicus Curiae

Please list the name of the lead party being represented:

Attorney General of the United States

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)