OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 17, 2024

Joshua Prince, Esq.
Michael S. Raab, Esq.
Kevin B. Soter, Esq.

RE: Edward Williams v. Attorney General United States of America, et al
Case Number: 24-1091
District Court Case Number: 2-17-cv-02641

Dear Counsel:

At the direction of the Court, counsel in the above-entitled case is advised that the Court will hold this case c.a.v. pending this Court's decision in *Range v. Attorney General* case no. 21-2835.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932