IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| EDWARD A. WILLIAMS, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ATTORNEY GENERAL OF THE UNITED STATES, et al., <br><br> Defendants-Appellants. | No. 24-1091 |

## MOTION TO POSTPONE SUPPLEMENTAL BRIEFING DEADLINE AND PLACE APPEAL IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 27, the federal government respectfully moves to postpone the March 18, 2025, supplemental briefing deadline and to hold this appeal in abeyance. This motion is opposed.

1. This appeal involves a Second Amendment challenge to 18 U.S.C. § 922(g)(1), which prohibits firearm possession by persons convicted of offenses punishable by more than one year of imprisonment. Plaintiff-appellee's disqualifying convictions are based on recidivist drunk driving.

2. After initially scheduling this case for oral argument, this Court issued an order holding the appeal pending this Court's en banc decision in *Range v. Attorney General*, No. 21-2835. That decision has since been issued.

On February 7, 2025, this Court issued an order stating that the case would no longer be held and directing the parties to submit supplemental letter briefing by March 18, 2025.

3. Following a change in administration, on February 7, 2025, President Trump issued an Executive Order titled *Protecting Second Amendment Rights*. *See* President Donald J. Trump, *Presidential Actions: Protecting Second Amendment Rights* (Feb. 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/02/protecting-second-amendment-rights. Among other things, the Order directs the Attorney General to review "[t]he positions taken by the United States in any and all ongoing and potential litigation that affects or could affect the ability of Americans to exercise their Second Amendment rights." *Id.* § 2(b)(v).

4. In light of that development, the government respectfully moves to postpone the March 18 supplemental briefing deadline and to hold this case in abeyance pending the Attorney General's review of the position taken by the United States in this litigation. An abeyance will conserve party and judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that litigation is informed by the views of current agency leadership. The government respectfully proposes to update the Court with status reports every 60 days.

5. Counsel for plaintiff has informed the undersigned that plaintiff opposes this request.

                                      Respectfully submitted,

                                      BRETT A. SHUMATE
                                        *Acting Assistant Attorney General*
                                      MICHAEL S. RAAB

                                      *s/ Kevin B. Soter*
                                      KEVIN B. SOTER
                                        *Attorneys, Appellate Staff*
                                        *Civil Division, Room 7222*
                                        *U.S. Department of Justice*
                                        *950 Pennsylvania Avenue NW*
                                        *Washington, DC 20530*
                                        *(202) 305-1754*
                                        *kevin.b.soter@usdoj.gov*

FEBRUARY 2025

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 330 words, according to the count of Microsoft Word.

*/s/ Kevin B. Soter*
KEVIN B. SOTER