No. 24-1091
_____

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

EDWARD WILLIAMS

                Plaintiff-Appellee,

v.

ATTORNEY GENERAL OF THE UNITED STATES, *et al.*

                Defendants-Appellants.
_____

**RESPONSE TO DEFENDANTS' MOTION TO POSTOPONE SUPPLEMENTAL BRIEFING DEADLINE AND PLACE APPEAL IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiff/Appellee files this timely response in relation to Defendants' Motion to Postpone Supplemental Briefing Deadline and Place Appeal in Abeyance.

Appellees' Motion contends that as a result of President Trump's Executive Order of February 7, 2025, that this Court should "postpone the March 18 supplemental briefing deadline and hold this case in abeyance pending the Attorney General's review of the position taken by the United State in this litigation" and that all briefing should be stayed *indefinitely*, with the only obligation of the Appellees to be that they file a status report every 60 days. Doc. 44, ¶¶ 3-4. While Mr. Williams is agreeable to a one-time postponement of 60 days for the Attorney General to review this matter consistent with President Trump's

1

February 7, 2025 Executive Order and for the Parties to file a joint status report, as this case has already been pending almost 8 years – and his right to bear arms infringed throughout it – he opposes an indefinite delay in this matter. Surely, 60 days is more than sufficient time for the Attorney General to review this matter, make a decision as to whether the Government's position in this matter is one "that affects or could affect the ability of Americans to exercise their Second Amendment rights," and for the Parties to file a joint status report. In fact, it should not take more than a cursory review of this matter to find that the Government's position does affect the ability of Americans to exercise their Second Amendment right, as the District Court already held that *as-applied* to Mr. Williams, 18 U.S.C. § 922(g)(1) does.

For reasons, while Mr. Williams is amenable to a 60-day postponement for a joint status report to be filed, he opposes any additional relief sought by the Government.

Respectfully submitted,

/s/ Joshua Prince
Joshua Prince, Esq. (306521)
**PRINCE LAW OFFICES, P.C.**
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803 (t)
610-845-3903 (f)
Joshua@princelaw.com
*Counsel for Plaintiff-Appellee*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 304 words, according to the count of Microsoft Word.

/s/ Joshua Prince
Joshua Prince, Esq.
Counsel for Plaintiff-Appellee

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2025, I electronically filed the foregoing motion with the clerk of the court by using the EM/ECF system, which will send a notice of electronic filing to Appellants' counsel.

/s/ Joshua Prince
Joshua Prince, Esq.
Counsel for Plaintiff-Appellee