IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>  Plaintiff-Appellee,<br><br>  v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, et al.,<br><br>  Defendants-Appellants. | No. 24-1091 |

**JOINT MOTION TO SUSPEND SUPPLEMENTAL BRIEFING SCHEDULE**

The parties jointly request that the Court suspend the March 18, 2025, deadline for filing supplemental briefs in response to this Court's February 7, 2025, Order and direct that a joint status report be filed 60 days after that deadline, on May 19, 2025 (because the 60th day is a Saturday).

1.  This appeal involves a Second Amendment challenge to 18 U.S.C. § 922(g)(1), which prohibits firearm possession by persons convicted of offenses punishable by more than one year of imprisonment. On February 7, 2025, this Court directed the parties to submit additional briefs addressing the implications of *United States v. Rahimi*, 602 U.S. 680 (2024), and *Range v. Attorney General*, 124 F.4th 218 (3d Cir. 2024) (en banc).

2. On February 13, 2025, the government filed a motion requesting that this appeal be placed in abeyance in light of President Trump's February 7, 2025, Executive Order which, among other things, directs the Attorney General to "present a proposed plan of action" upon review of "[t]he positions taken by the United States in any and all ongoing and potential litigation that affects or could affect the ability of Americans to exercise their Second Amendment rights." Exec. Order No. 14206, § 2(b)(v), 90 Fed. Reg. 9503 (Feb. 12, 2025). That process is ongoing. The government's motion proposed to update the Court with status reports every 60 days.

3. Plaintiff filed a response on February 24, 2025, stating that he opposes the government's request "that all briefing should be stayed *indefinitely*" but that he "is amenable to a 60-day postponement for a joint status report to be filed."

4. The parties agree that the briefing deadline of March 18 should be suspended and that a joint status report should be due 60 days later. In light of this upcoming deadline, the parties respectfully request that the Court issue an order to that effect.

Respectfully submitted,

 s/ *Joshua Prince*
JOSHUA PRINCE, ESQ.
  Attorney ID No. 306521
  Prince Law Offices, P.C.
  646 Lanape Rd
  Bechtelsville, PA 19505
  (888) 202-9297, ext 81114
  Joshua@PrinceLaw.com

*Counsel for Plaintiff-Appellee*

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

MICHAEL S. RAAB

 s/ *Kevin B. Soter*
KEVIN B. SOTER
  Attorneys, Appellate Staff
  Civil Division, Room 7222
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 305-1754
  kevin.b.soter@usdoj.gov

*Counsel for Defendants-Appellants*

MARCH 2025

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 318 words, according to the count of Microsoft Word.

                                            */s/ Kevin B. Soter*
                                            KEVIN B. SOTER