UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1091

Edward Williams

v.

Attorney General United States of America;
Director Bureau of Alcohol Tobacco Firearms & Explosives;
Director Federal Bureau of Investigation;
United States of America,
                Appellants

(E.D. Pa. No. 2:17-cv-02641)

Present:  CHAGARES, Chief Judge, PORTER, and CHUNG, Circuit Judges

1. Motion by Appellants to Postpone Supplemental Briefing Deadline and Place Appeal in Abeyance;

2. Response by Appellee to Motion to Postpone Supplemental Briefing and Place Appeal in Abeyance;

3. Joint Motion to Suspend Supplemental Briefing Schedule.

                Respectfully,
                Clerk/sb

_____ORDER_____
The foregoing motions are hereby granted. The joint status report must be filed by May 19, 2025.

                By the Court,

                s/Michael A. Chagares
                Chief Circuit Judge

Dated: March 11, 2025
Sb/cc:   All Counsel of record