

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

July 22, 2025

**By ECF**

Patricia S. Dodszuweit, Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Williams v. Attorney General*, No. 24-1091

Dear Ms. Dodszuweit:

    We respectfully inform the Court that the Department of Justice's notice of proposed rulemaking (NPRM) regarding relief from federal firearms disabilities under 18 U.S.C. § 925(c), which was described in the government's July 18 letter, was published today in the Federal Register. *See* Application for Relief from Disabilities NPRM, 90 Fed. Reg. 34,394 (July 22, 2025).

                                              Sincerely,

                                             */s/ Kevin B. Soter*
                                             Kevin B. Soter

cc:    All counsel (via CM/ECF)