UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1091

Edward A. Williams

v.

Attorney General United States of America; Director Bureau of Alcohol Tobacco Firearms & Explosives; Director Federal Bureau of Investigation; United States of America,

Appellants

(E.D. Pa. No. 2:17-cv-02641)

**ORDER**

At the direction of the Court, the above-captioned appeal is referred to the Court's appellate mediation program. Judge D. Michael Fisher will serve as the mediator. See 3d Cir. L.A.R. 33.1, 33.4.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 11, 2025
Sb/cc:   All Counsel of Record