UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1091

EDWARD A. WILLIAMS

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA, ET AL.,
          Appellants

(E.D. Pa. No. 2:17-cv-02641)

ORDER

By order entered this date, the Court granted an extension of time to the parties in *United States v. Bost*, C.A. No. 24-1719 to file their supplemental briefs. As this appeal raises a similar issue to be decided by the en banc Court, the deadline for filing supplemental briefs in this appeal shall also be extended. The parties' simultaneous supplemental briefs will be filed on or before December 18, 2025 at 5:00 p.m. ET.

In light of this action, the Appellants motion for a 14 day extension of time to file the supplemental brief is denied as unnecessary.

For the Court,

s/ Patricia S. Dodszuweit

Clerk

Date: November 15, 2025
PSD/cc: All Counsel of Record