# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 24-1091

EDWARD A. WILLIAMS,
    *Plaintiff-Appellee,*

v.

ATTORNEY GENERAL OF THE UNITED STATES, et al.,
    *Defendants-Appellants*

ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
(No. 2:17-cv-02641)

## MOTION TO FILE COMBINED AMICUS BRIEF

MATTHEW J. PLATKIN
  *Attorney General of New Jersey*

JEREMY M. FEIGENBAUM
*Solicitor General*

STEPHEN EHRLICH
*Deputy Solicitor General*

VIVIANA M. HANLEY
JAKE MAZEITIS
GIANCARLO G. PICCININI
  *Deputy Attorneys General*

Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
(862) 350-5800
Viviana.Hanley@njoag.gov

*Attorneys for Amicus Curiae New Jersey*

The State of New Jersey respectfully requests permission to file a single amicus brief in both *United States v. Bost* (24-1719) and *Williams v. Attorney General* (24-1091), totaling 3,750 words. In support, New Jersey states as follows:

1. In an October 31 order, this Court announced that it was rehearing both *United States v. Bost* and *Williams v. Attorney General* en banc. Its order required the parties to submit supplemental briefs, each limited to 3,750 words.

2. In a November 18 order, this Court appointed the National Association of Criminal Defense Lawyers (NACDL) as amicus curiae and ordered that the NACDL file an amicus brief in *Bost* limited to 1,875 words, with an optional amicus brief in *Williams* also limited to 1,875 words. Both amicus briefs were ordered to be filed by December 18, 2025 at 5:00 pm ET. And the Clerk's Office since confirmed that the same deadline and word limits would apply to any other amici who wish to file briefs in this case.

3. Given New Jersey's interest in the constitutionality of its own felon disarmament statutes, the proper application of 18 U.S.C. § 922(g)(1) to its citizens, and the development of Second Amendment precedent in this Circuit, the State (likely along with other States in a single consolidated brief) also plans to file an amicus brief in both *Bost* and *Williams*.

1

4. Because those briefs will substantially overlap in many respects—including their discussion of legal principles in this area—the State believes this Court and the parties will best be served if New Jersey is permitted to submit a single, comprehensive, and non-duplicative brief addressing both cases. Such a brief would allow amici States to cover the relevant historical traditions and their applicability to both Bost and Williams collectively, rather than setting out overlapping historical evidence for each.

5. In accordance with this Court's order for the NACDL, New Jersey's single brief would be limited to 3,750 total words and would be filed by December 18, 2025 at 5:00 pm ET. This length is still substantially less than the word limit typically contemplated in cases in which this Court has granted rehearing en banc on a sua sponte basis, which is governed by Fed. R. App. P. 29 & 32.

Accordingly, New Jersey respectfully requests leave to file a single 3,750-word brief in both *Bost* and *Williams*, rather than two briefs of 1,850 words each.

Dated: November 25, 2025        Respectfully submitted,

 /s/ Viviana M. Hanley
Viviana M. Hanley
Deputy Attorney General
Office of the NJ Attorney General
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Amicus Curiae New Jersey*

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d), I hereby certify that:

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because the brief contains 400 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using the Microsoft Word word-processing system in Century Schoolbook that is at least 14 points.

Dated:  November 25, 2025    /s/ Viviana M. Hanley
                             Viviana M. Hanley
                             Deputy Attorney General

# CERTIFICATION OF SERVICE

I hereby certify that on November 25, 2025, I filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Viviana M. Hanley
Viviana M. Hanley
Deputy Attorney General
