**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 24-1091

Edward Williams vs. Attorney General USA

Calendar Date 2/11/2026   Location Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Vivek Suri

Designation of Arguing Counsel: Vivek Suri

Member of the Bar: ☐ Yes  ☑ No

Representing (check only one):

☐ Petitioner(s)  ☑ Appellant(s)  ☐ Intervenor(s)

☐ Respondent(s)  ☐ Appellee(s)  ☐ Amicus Curiae

Please list the name of the lead party being represented:

Attorney General USA

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)