

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

February 9, 2026

**By ECF**

Patricia S. Dodszuweit, Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:   *Williams v. Attorney General*, No. 24-1091

Dear Ms. Dodszuweit:

    We respectfully inform the Court that, on Friday, February 6, 2026, the Attorney General, acting under 18 U.S.C. § 925(c), granted relief from federal firearms disabilities to 22 individuals. Like the other individuals who have already received relief from the Attorney General, these individuals did not have recent convictions and did not have any convictions or arrests of concern since completing any sentences, as verified by records and identity checks. *See* Gov't Suppl. En Banc Br. 13. The recipients of the relief include two individuals who had filed civil suits in district courts in this Circuit challenging the constitutionality of 18 U.S.C. § 922(g)(1) as applied to them. *See Manosis v. Bondi*, No. 2:23-cv-3218 (E.D. Pa.); *Cooper v. Bondi*, No. 3:19-cv-2141 (M.D. Pa.). The recipients also include three individuals with similar suits pending in other circuits. *See Bailey v. Bondi*, No. 24-3752 (6th Cir.); *Mastrangelo v. Attorney General of the United States*, No. 24-12856 (11th Cir.); *Foster v. United States*, No. 24-13044 (11th Cir.).

Respectfully submitted,

BRETT A. SHUMATE
 *Assistant Attorney General*

DAVID METCALF
 *United States Attorney*

MICHAEL S. RAAB

 /s/ Kevin B. Soter
KEVIN B. SOTER
 *Attorneys, Appellate Staff*
 *Civil Division, Room 7222*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, DC 20530*
 *California Bar No. 324524*
 *(202) 305-1754*
 *kevin.b.soter@usdoj.gov*

cc: All counsel (via CM/ECF)