# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 24-1091

EDWARD A. WILLIAMS,
*Plaintiff-Appellee,*

v.

ATTORNEY GENERAL OF THE UNITED STATES, et al.,
*Defendants-Appellants*

ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
(No. 2:17-cv-02641)

## MOTION TO WITHDRAW AS COUNSEL

JENNIFER DAVENPORT
*Attorney General of New Jersey*

VIVIANA M. HANLEY
*Deputy Attorney General*

Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
(862) 350-5800
Viviana.Hanley@njoag.gov

*Attorney for Amicus Curiae New Jersey*

Viviana M. Hanley, counsel for Amicus Curiae the State of New Jersey, respectfully moves to withdraw as an attorney of record in this matter and to be terminated from the electronic docket. Good cause exists for this withdrawal because Ms. Hanley is departing her position at the Office of the New Jersey Attorney General and will no longer be associated with this case. Amicus Curiae the State of New Jersey will continue to be represented by existing counsel of record.

Dated: May 12, 2026           Respectfully submitted,

 /s/ *Viviana M. Hanley*
Viviana M. Hanley
Deputy Attorney General
Office of the NJ Attorney General
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Amicus Curiae New Jersey*

## <u>CERTIFICATION OF COMPLIANCE</u>

Pursuant to Fed. R. App. P. 27(d), I hereby certify that:

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because the motion contains 80 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using the Microsoft Word word-processing system in Century Schoolbook that is at least 14 points.

Dated:  May 12, 2026    /s/ *Viviana M. Hanley*
Viviana M. Hanley
Deputy Attorney General

# CERTIFICATION OF SERVICE

I hereby certify that on May 12, 2026, I filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Viviana M. Hanley*
Viviana M. Hanley
Deputy Attorney General