**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

August 20, 2026

**By ECF**

Patricia S. Dodszuweit, Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Williams v. Attorney General*, No. 24-1091 (en banc)

Dear Ms. Dodszuweit:

We respectfully inform the Court that the Department of Justice's final rule regarding relief from federal firearms disabilities under 18 U.S.C. § 925(c), which was described in the government's August 18 letter, was published today in the Federal Register. *See* Application for Relief from Disabilities Rule, 91 Fed. Reg. 54054 (Aug. 20, 2026).

Respectfully submitted,


BRETT A. SHUMATE
*Assistant Attorney General*

DAVID METCALF
*United States Attorney*

MICHAEL S. RAAB

*/s/ Kevin B. Soter*

KEVIN B. SOTER
*Attorneys, Appellate Staff*
*Civil Division, Room 7222*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*California Bar No. 324524*
*(202) 305-1754*
*kevin.b.soter@usdoj.gov*