# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1091

EDWARD A. WILLIAMS

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
DIRECTOR BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES;
DIRECTOR FEDERAL BUREAU OF INVESTIGATION;
UNITED STATES OF AMERICA,
Appellants

---

On Appeal from U.S. District Court, E.D. Pa.
Judge John M. Younge, No. 2:17-cv-02641

Before: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, and MASCOTT, *Circuit Judges*.

---

JUDGMENT

This cause came to be considered on the record from the U.S. District Court, E.D. Pa. and was argued on February 11, 2026.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's order entered on November 14, 2023, is hereby **AFFIRMED**. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: October 13, 2026